**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **RASHAD MATTHEW RIDDICK,** | ) | **Civil Action No. 7:13-cv-00433** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **MEMORANDUM OPINION** |
| | ) | |
| **MADISON COUNTY CIRCUIT** | ) | |
| **COURT, et al.,** | ) | **By:  Hon. Michael F. Urbanski** |
| **Respondents.** | ) | **United States District Judge** |

Rashad Matthew Riddick, a pretrial detainee proceeding pro se, filed a petition for a writ of habeas corpus about his on-going criminal prosecution in state court.  Petitioner argues that he should be considered for pretrial release on bond despite his arrest for three charges of capital murder.  Petitioner asks the court to set bond for Petitioner's release until the criminal proceedings conclude in state court.

Absent extraordinary circumstances not present in this case, the court may not interfere with on-going state criminal proceedings.  See, e.g., Younger v. Harris, 401 U.S. 37, 44 (1971).  Furthermore, the court lacks jurisdiction to determine bond for defendants in state court criminal proceedings, and Petitioner should first present federal issues to state courts.  Accordingly, the petition for a writ of habeas corpus is dismissed without prejudice and a certificate of appealability is denied.

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Petitioner.

Entered:  September 25, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge