IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **RASHAD MATTHEW RIDDICK,** | ) | Civil Action No. 7:13-cv-00433 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MADISON COUNTY CIRCUIT** | ) | |
| **COURT, et al.,** | ) | By:   Hon. Michael F. Urbanski |
| Respondents. | ) | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice; Petitioner's motion to proceed in forma pauperis is **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.  Based upon the court's finding that Petitioner has not made the requisite substantial showing of a denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

Entered:  September 25, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge

1